AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>CADENA-Velazquez, Jose Adelfo<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:25-mj-595

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 18, 2025_____ in the county of _____Cass_____ in the _____ District of _____North Dakota_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Whoever...uses, attempts to use, possesses..any such...alien registration receipt card...as avidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made |
| 42 U.S.C. § 408(a)(7)(B) | with intent to deceive, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person |
| 18 U.S.C. § 111(a)(1) | forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties |

This criminal complaint is based on these facts:

see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Marcus, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ *via telephone*

Date: August 21, 2025 _____

_____
*Judge's signature*

City and state: Fargo, ND _____

Alice R. Senechal, U.S. Magistrate Judge
*Printed name and title*