IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOSE ADELFO CADENA-VELAZQUEZ | Violations:  18 U.S.C. §§ 111(a) and 1546(b)(1); 42 U.S.C. § 408(a)(7)(B) |

COUNT ONE

**Use of False Permanent Resident Identification Card**

The Grand Jury Charges:

On or about October 28, 2022, in the District of North Dakota, the defendant,

JOSE ADELFO CADENA-VELAZQUEZ,

for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used an identification document, to wit, a United States permanent resident identification card, knowing and having reason to know that said document was not issued lawfully for the use of JOSE ADELFO CADENA-VELAZQUEZ, who possessed said document,

In violation of Title 18, United States Code, Section 1546(b)(1).

<u>COUNT TWO</u>

**Forcibly Resisting or Opposing Arrest**

The Grand Jury Further Charges:

On or about August 18, 2025, in the District of North Dakota,

JOSE ADELFO CADENA-VELAZQUEZ

did forcibly resist and oppose arrest by agents and officers employed with the United

States Customs and Border Patrol while the agents and officers were engaged in and on

account of the performance of their official duties;

In violation of Title 18, United States Code, Section 111(a).

<u>COUNT THREE</u>

**Fraudulent Use of an Unassigned Social Security Number**

The Grand Jury Further Charges:

On or about October 28, 2022, in the District of North Dakota, the defendant,

JOSE ADELFO CADENA-VELAZQUEZ,

for any purpose, including to obtain employment, and with the intent to deceive, falsely

represented a number to be the social security account number assigned by the

Commissioner of Social Security to him or to another person, when in fact such number

is not the social security account number assigned by the Commissioner of Social

Security to him or to such other person;

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL:

<u>/s/ Foreperson</u>
Foreperson

<u>/s/ Jennifer Klemetsrud Puhl</u>
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

3